IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WATKINS BAZILE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 326-047 |
| | ) | |
| SGT. KIMBERLY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

---

**ORDER**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice for failure to exhaust administrative remedies, and **CLOSES** this civil action.

SO ORDERED this 8th day of September, 2026, at Augusta, Georgia.

Dudley H. Bowen, Jr.

UNITED STATES DISTRICT JUDGE